# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50567
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
January 16, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Emmanuel Barraza-Ramirez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-558-1

_____

Before Davis, Ho, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Emmanuel Barraza-Ramirez appeals following his conviction for illegal reentry in violation of 8 U.S.C. § 1326(a). He contends for the first time on appeal that the statutory sentencing enhancement in § 1326(b) is unconstitutional. He concedes that his claim is foreclosed by *Almendarez-*

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50567

*Torres v. United States*, 523 U.S. 224 (1998), and has filed an unopposed motion for summary disposition.

Because the argument is foreclosed, *see United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019), summary disposition is appropriate, *see Groendyke Transp. Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Thus, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.